

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-11-00063-CV

_____

IN THE INTEREST OF D.W., A CHILD

On Appeal from the County Court at Law
Lamar County, Texas
Trial Court No. 78773

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

The Unknown Father,[1] the sole appellant in this case, has filed a motion seeking to dismiss his appeal, stating that the trial court has granted a new trial in this matter. Pursuant to Rule 42.1 of the Texas Rules of Appellate Procedure, his motion is granted. TEX. R. APP. P. 42.1.

We dismiss the appeal.

Bailey C. Moseley
Justice

Date Submitted:    August 2, 2011
Date Decided:      August 3, 2011

---

[1]The Unknown Father has been identified. However, to protect the child's identity, we continue to refer to him as "the Unknown Father," which is the way he was referred to in his notice of appeal.